```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 03020
   ALPHONSO RODGERS
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-8165


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 02/21/2007 and was confirmed 04/26/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 09/28/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------
OPTION ONE MORTGAGE      CURRENT MORTG        .00              .00             .00
OPTION ONE MORTGAGE      MORTGAGE ARRE        .00              .00             .00
FORD MOTOR CREDIT CORPOR SECURED VEHIC   19050.00           514.60         2696.74
INTERNAL REVENUE SERVICE PRIORITY         2999.37              .00             .00
ILLINOIS DEPT OF REV     PRIORITY          185.85              .00             .00
ROUNDUP FUNDING LLC      UNSECURED        1379.03              .00             .00
ALBERTS JEWELERS         UNSECURED       NOT FILED             .00             .00
COMCAST                  UNSECURED       NOT FILED             .00             .00
AMERICA ONLINE           UNSECURED       NOT FILED             .00             .00
ADT SECURITY             UNSECURED       NOT FILED             .00             .00
FINANCIAL ASSET MANAGEME UNSECURED       NOT FILED             .00             .00
CACV OF COLORADO         UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK         UNSECURED        3467.28              .00             .00
CAPITAL ONE              UNSECURED        1357.78              .00             .00
LASALLE BANK             UNSECURED       NOT FILED             .00             .00
MONEY MANAGEMENT DEP     UNSECURED       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE UNSECURED         527.45              .00             .00
WELLS FARGO BANK         NOTICE ONLY     NOT FILED             .00             .00
OPTION ONE MORTGAGE      NOTICE ONLY     NOT FILED             .00             .00
ALBERTS JEWELERS         SECURED NOT I    2378.62              .00             .00
ILLINOIS DEPT OF REV     UNSECURED          47.80              .00             .00
MARTIN J OHEARN          DEBTOR ATTY     2,500.00                           836.69
TOM VAUGHN               TRUSTEE                                            286.97
DEBTOR REFUND            REFUND                                             433.50

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  4,768.50

PRIORITY                                           .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03020 ALPHONSO RODGERS
```

```
SECURED                                                    2,696.74
    INTEREST                                                 514.60
UNSECURED                                                       .00
ADMINISTRATIVE                                               836.69
TRUSTEE COMPENSATION                                         286.97
DEBTOR REFUND                                                433.50
                                    ---------------   ---------------
TOTALS                                     4,768.50          4,768.50
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/23/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE